Winter & Hirsch, Inc., Plaintiff Below, v. Cornelius Redmond, Defendant Below.
Campbell Motors, Inc., Counter-Plaintiff Below, Appellee, v. Cornelius Redmond, Counter-Defendant Below, Appellant.

Gen. No. 47,564.

First District, Second Division.

February 17, 1959.

Released for publication March 20, 1959.

George J. Anos and Joseph Ash, for appellant; no brief filed for appellee.
Opinion by JUSTICE MURPHY. Not to be published in full.